IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**TIMMY DALE WHITAKER**                                            **PLAINTIFF**

v.                                           No. 1:05CV147-D-A

**JIMMY R. TAYLOR, ET AL.**                                     **DEFENDANTS**

## JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant motion for a temporary restraining order or preliminary injunction is hereby **DENIED.**

**SO ORDERED,** this the 22nd day of August, 2005.

                                                       /s/ Glen H. Davidson
                                                       CHIEF JUDGE